UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LEVI BACK,

    Plaintiff,

vs.

BITEC DIVISION OF SAMPLE
MACHINING, INC.,

    Defendant.

Case No. 3:22-cv-307

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

  April 13, 2023                           s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge